:2UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

v.                                       Case No.  4:25-cv-221-TKW-MAF

**SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Petitioner's "Motion for Objections" (Doc. 9).[1] The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be dismissed as duplicative.  The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

---

[1] Petitioner also filed a "Petition to the Appointment of Counsel" (Doc. 8), but there is no reason to appoint counsel in this case because it is being dismissed as duplicative.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2241 habeas petition (Doc. 4) is **DISMISSED**.

3. A certificate of appealability is **DENIED**.

4. Petitioner's motion to appoint counsel (Doc. 8) is **DENIED**.

5. The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE AND ORDERED** this 15th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**